FILED

12/07/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0343

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## DA 22-0343

| | |
|---|---|
| DANIEL PERL, SANDRA PERL, Individually and As Trustees of the D. & S. Perl Family Trust Dated August 24th, 1998,<br><br>    Plaintiffs and Appellants,<br><br>    v.<br><br>CHRISTOPHER GRANT, Individually and as Trustee of the Grant Revocable Trust Dated July 18, 2008, the GRANT REVOCABLE TRUST DATED JULY 18, 2008, and GRANT CONSTRUCTION, LLP,<br><br>    Defendants and Appellees. | **ORDER** |

Pursuant to Rule 26(1), M. R. App. P., Appellants are hereby granted an extension up to and including January 17, 2023, in which to file the Reply Brief in this matter.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 7 2022